# LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Sandra Sattof**<br>**David Sattof**<br><br><br>**Debtor(s)** | **CHAPTER:** 13<br><br><br><br>**CASE NO.** 5:23-bk-00774-MJC |

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED

Recorded on January 11, 2002, in <u>Luzerne</u> **County**, at Book 3002 at Page 9175.

Property Address:
<u>2635 Blytheburn Road RD, Mountain Top, Pennsylvania 18707</u>

Mortgage Servicer:
<u>NewRez LLC d/b/a Shellpoint Mortgage Servicing</u>

Post-petition mailing address for Debtor(s) to send payment:
<u>P.O. Box 650840, Dallas, TX 75265-0840</u>

Mortgagor(s)/Debtor(s):
Sandra Sattof (Debtor)
David Sattof (Co Debtor)


Payments are contractually due:

Monthly ☒ Semi-monthly  ☐ Bi-weekly  ☐ Other **Enter text**

Each Monthly Payment is comprised of:
Principal and Interest.....  <u>$696.61</u>
R.E. Taxes......................  <u>$388.43</u>
Insurance........................  <u>$23.33</u>
Late Charge....................  <u>N/A</u>
Other..............................  <u>N/A</u>   (Specify: <u>N/A</u>)
**TOTAL**........................  <u>$1,108.37</u>

**POST-PETITION PAYMENTS** (Petition was filed on <u>April 7, 2023</u>)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 4/11/2023 | $1,200.00 | $1,108.37 | 5/1/2023 | $91.63 | N/A |
| 5/12/2023 | $1,200.00 | $1,108.37 | 6/1/2023 | $183.26 | N/A |
| 6/16/2023 | $1,150.00 | $1,108.37 | 7/1/2023 | $224.89 | N/A |
| 7/25/2023 | $1,200.00 | $1,108.37 | 8/1/2023 | $316.52 | N/A |
| 8/21/2023 | $1,200.00 | $1,108.37 | 9/1/2023 | $408.15 | N/A |
| 9/20/2023 | $1,300.00 | $1,108.37 | 10/1/2023 | $599.78 | N/A |
| 10/24/2023 | $1,200.00 | $1,108.37 | 11/1/2023 | $691.41 | N/A |
| | | | **Post-Petition Due date** | | N/A |
| | | $1,108.37 | **12/1/2023** | | N/A |
| | | $1,108.37 | **1/1/2024** | | N/A |
| | | $1,108.37 | **2/1/2024** | | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of March 1, 2024.

TOTAL AMOUNT OF POST-PETITION ARREARS: $2,633.70 as of March 1, 2024.

Dated: 3-8-24

*[Signature]*
Mortgage Company
Virginia Underwood Bankruptcy Case Manager

(Print Name and Title)

2