UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CHAPTER 13
CASE NO.: 5:23-bk-00774-MJC

**Sandra Sattof**

    **Debtor,**

**David Sattof**

    **Joint Debtor,**
_____/

**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**

    **Movant,**

v.

**Sandra Sattof**
**David Sattof**
**Jack N Zaharopoulos**

    **Respondents.**
_____/

## CERTIFICATE OF NON- CONCURRENCE

    The undersigned hereby certifies that Debtor(s) attorney, has not consented to relief. The Concurrence in this motion was sought on March 4, 2024. Trustee does not typically consent without Debtor(s)' consent.

Date: 03/14/2024

                  **Robertson, Anschutz, Schneid, Crane**
                  **& Partners, PLLC**
                  Attorney for Secured Creditor
                  13010 Morris Rd., Suite 450
                  Alpharetta, GA 30004
                  Telephone: 470-321-7112
                  By: /s/Robert Shearer
                  Robert Shearer
                  PA Bar Number 83745

Email: rshearer@raslg.com