**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

IN RE:                                                                CHAPTER 13
                                                                      CASE NO.: 5:23-bk-00774-MJC

**Sandra Sattof**

      **Debtor,**

**David Sattof**

      **Joint Debtor,**
_____/

**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**

      **Movant,**

**v.**

**Sandra Sattof**
**David Sattof**
**Jack N Zaharopoulos**

      **Respondents.**
_____/

## <u>ORDER OF COURT</u>

AND NOW, this          day of          , 2024, upon consideration of NewRez LLC d/b/a

Shellpoint Mortgage Servicing's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §

362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are

hereby unconditionally terminated with respect to NewRez LLC d/b/a Shellpoint Mortgage

Servicing; and it is further

ORDERED, that NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or

assignees be entitled to proceed with appropriate state court remedies against the property located

at 2635 Blytheburn Road RD, Mountain Top, Pennsylvania 18707, including without limitation a

sheriff's sale of the property, and it is further

ORDERED that NewRez LLC d/b/a Shellpoint Mortgage Servicing request to waive the

14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.


BY THE COURT


_____
U.S. Bankruptcy Court Judge