UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CHAPTER 13
CASE NO.: 5:23-bk-00774-MJC

Sandra Sattof

    Debtor,

David Sattof

    Joint Debtor,
_____/

Hearing Date: April 18, 2024
Time: 10:00 a.m.
Location: 197 South Main Street,
Wilkes-Barre, PA 18701

NewRez LLC d/b/a Shellpoint Mortgage Servicing,  Courtroom Number #247

    Movant,

v.

Sandra Sattof
David Sattof
Jack N Zaharopoulos

    Respondents.
_____/

## CERTIFICATE OF SERVICE

    I, ROBERT SHEARER, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached proposed Order) on March 14, 2024, and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

**Sandra Sattof**
2635 Blytheburn Rd
Mountain Top, PA 18707-9148

**David Sattof**
2635 Blytheburn Rd

Mountain Top, PA 18707-9148

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Michael A. Cibik
Email: help@cibiklaw.com

Jack N Zaharopoulos
Email: info@pamd13trustee.com

United States Trustee
Email: ustpregion03.ha.ecf@usdoj.gov

Date: 03/14/2024

           **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
           Attorney for Secured Creditor
           13010 Morris Rd., Suite 450
           Alpharetta, GA 30004
           Telephone: 470-321-7112
           By: /s/Robert Shearer
           Robert Shearer
           PA Bar Number 83745
           Email: rshearer@raslg.com