UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:   CHAPTER 13
         CASE NO.: 5:23-bk-00774-MJC

**Sandra Sattof**

    Debtor,

**David Sattof**

                                                      Hearing Date: April 18, 2024

    Joint Debtor,   Time: 10:00 a.m.
_____/   Location: 197 South Main Street,
                                   Wilkes-Barre, PA 18701
**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**   Courtroom Number #247

    Movant,

v.

**Sandra Sattof**
**David Sattof**
**Jack N Zaharopoulos**

    Respondents.
_____/

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

NewRez LLC d/b/a Shellpoint Mortgage Servicing has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) with respect to the Property located at 2635 Blytheburn Road RD, Mountain Top, Pennsylvania 18707 and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **March 28, 2024**, you or your attorney must do <u>all</u> of the following:

    (a) file a response in person or via mail with the Clerk explaining your position at United States Bankruptcy Court, 197 South Main Street, Wilkes-Barre, PA 18701.

If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

>Robert Shearer, Esquire
>13010 Morris Rd., Suite 450
>Alpharetta, GA 30004
>Telephone: 470-321-7112
>Email: rshearer@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the **Honorable Mark J Conway** on **April 18, 2024, at 10:00 am** at **197 South Main Street, Wilkes-Barre, PA 18701 Courtroom Number #247**.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been cancelled because no one filed a response.

Date: 03/14/2024

>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
>Attorney for Secured Creditor
>13010 Morris Rd., Suite 450
>Alpharetta, GA 30004
>Telephone: 470-321-7112
>By: /s/Robert Shearer
>Robert Shearer
>PA Bar Number 83745
>Email: rshearer@raslg.com