In re:

    Sandra Sattof,
    David Sattof,

        Debtor.

Case No. 23-00774

Chapter 13

Related to ECF No. 35

### Debtors' Objection to Motion for Relief from Stay filed by Newrez LLC

**AND NOW**, Debtors Sandra Sattof and David Sattof, by and through their attorney, hereby objects to the Motion for Relief from Stay filed by Newrez LLC. Because there is substantial equity in the property, the movant is adequately protected and no grounds for relief exist.

**NOW, THEREFORE**, the Debtor asks this Court to deny the Motion in the form of order attached and to grant such other and further relief in their favor as may be necessary and proper under the law.

Date: March 27, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtors' Objection to Motion for Relief from Stay filed by Newrez LLC to be served on all parties on the clerk's service list through the CM/ECF system.

Date: March 27, 2024

/s/ Michael A. Cibik
Michael A. Cibik

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 23-00774 |
| Sandra Sattof and David Sattof, | Chapter 13 |
| Debtor. | Related to ECF No. 35 |

**Order Denying Motion for Relief from Stay filed by Newrez LLC**

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Newrez LLC, and the Debtors' objection thereto, and after notice and hearing, it is hereby **ORDERED** that the Motion is **DENIED**.