UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| **In re:**<br><br>**Sandra Sattof**<br><br>　　　Debtor,<br><br>**David Sattof**<br><br>　　　Joint Debtor,<br>_____/<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br><br>　　　Movant,<br><br>v.<br><br>**Sandra Sattof**<br>**David Sattof**<br>**Jack N Zaharopoulos**<br>　　　Respondents. | **Bankruptcy No. 5:23-bk-00774-MJC**<br><br>**Chapter 13** |

## ORDER OF COURT

　　　AND NOW, this ___ day of _____, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge Honorable Mark J Conway