UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| **In re:**<br><br>**Sandra Sattof**<br><br>　　　Debtor,<br><br>**David Sattof**<br><br>　　　Joint Debtor,<br>_____/<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br><br>　　　Movant,<br><br>v.<br><br>**Sandra Sattof**<br>**David Sattof**<br>**Jack N Zaharopoulos**<br>　　　Respondents. | **Bankruptcy No. 5:23-bk-00774-MJC**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

　　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on **May 24, 2024**, I served a copy of the Stipulation Resolving Motion for Relief from Stay by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

　**Sandra Sattof**
　2635 Blytheburn Rd
　Mountain Top, PA 18707-9148

　**David Sattof**
　2635 Blytheburn Rd
　Mountain Top, PA 18707-9148

　　**E-Mail Service:** via CM/ECF e-mail notification to the following:

　**Michael A. Cibik**
　Email: help@cibiklaw.com

**Jack N Zaharopoulos**
Email: info@pamd13trustee.com

**United States Trustee**
Email: ustpregion03.ha.ecf@usdoj.gov

                                                By: /s/ Michelle L McGowan
                                                  Michelle L. McGowan, Esquire