UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| **In re:**<br><br>**Sandra Sattof**<br><br>    Debtor,<br><br>**David Sattof**<br><br>    Joint Debtor,<br>_____/<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br><br>    Movant,<br><br>v.<br><br>**Sandra Sattof**<br>**David Sattof**<br>**Jack N Zaharopoulos**<br>    Respondents. | **Bankruptcy No. 5:23-bk-00774-MJC**<br><br>**Chapter 13** |

**ORDER**

Upon consideration of the Stipulation filed at Dkt. # 39 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 3, 2024