UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:                                                             CASE NO.: 23-00774
                                                                   CHAPTER 13

**Sandra Sattof,**
  Debtor,

**David Sattof,**
  Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane &
                                       Partners, PLLC
                                       Attorneys for Movant
                                       13010 Morris Rd., Suite 450
                                       Alpharetta, GA 30004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                       By: /s/Sherri Dicks
                                          Sherri Dicks
                                          Email: sdicks@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SANDRA SATTOF
2635 BLYTHEBURN RD
MOUNTAIN TOP, PA 18707

DAVID SATTOF
2635 BLYTHEBURN RD
MOUNTAIN TOP, PA 18707

And via electronic mail to:

MICHAEL CIBIK, ESQ.
CIBIK LAW, P.C.
1500 WALNUT STREET,
SUITE 900
PHILADELPHIA, PA 19102

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13
TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Isis Culver