# COMPOSITE EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

| | |
|---|---|
| **In re:**<br><br>**Sandra Sattof**<br><br>     Debtor,<br><br>**David Sattof**<br><br>     Joint Debtor,<br>_____/<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br><br>     Movant,<br><br>v.<br><br>**Sandra Sattof**<br>**David Sattof**<br>**Jack N Zaharopoulos**<br>     Respondents. | **Bankruptcy No. 5:23-bk-00774-MJC**<br><br>**Chapter 13** |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY

Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, and Sandra Sattof and David Sattof, "Debtor(s)" by and through their respective attorneys, hereby stipulate as follows:

**I.    BACKGROUND:**

1. On January 4, 2002, David Sattof and Sandra D. Sattof, executed and delivered a Promissory Note ("Note") and a Mortgage ("Mortgage") securing payment of the Note in the amount of $140,000.00.

2. The Mortgage was recorded on January 11, 2002, with the Luzerne County Recorder of Deeds.

3. The Mortgage was secured as a lien against the property located in Luzerne County commonly known as 2635 Blytheburn Road RD, Mountain Top, Pennsylvania 18707 (the "Property").

4. The Note and Mortgage were lastly assigned to NewRez LLC d/b/a Shellpoint Mortgage Servicing.

5. Debtor(s) has defaulted under the terms of the Note and Mortgage by failing to make the monthly

post-petition payments of principal, interest and escrow. As of April 11, 2024, the post-petition arrearage owed to Movant is $3,538.44 and consists of January 1, 2024 through April 1, 2024 monthly mortgage payments at $1,108.37, less a suspense balance of $895.04.

6. Thus, Debtor(s)'s post-petition arrearage currently totals the sum of $3,538.44.

7. Debtor(s) further acknowledges that additional payments of principal, interest and escrow currently in the amount of $1,108.37, per month shall become due under the Note and Mortgage on the First of each successive month, beginning May 1, 2024 until the Note is paid in full. Debtor(s) acknowledges that the monthly payment is subject to change and is responsible for same.

8. NewRez LLC d/b/a Shellpoint Mortgage Servicing, and Debtor(s) desire to resolve Debtor(s)'s post-petition arrearage in accordance with the set forth terms below:

II. **STIPULATION FOR RELIEF FROM STAY**

9. Debtor(s) confirms and acknowledges his obligations to NewRez LLC d/b/a Shellpoint Mortgage Servicing, under the Note and Mortgage.

10. Debtor(s) further confirms and acknowledges his failure to make the post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth above in paragraphs 5 and 6.

11. Debtor(s) further confirms and acknowledges his obligations to make the regular post-petition payments of principal and interest going forward from May 1, 2024 as set forth above in paragraph 7.

12. Debtor further agrees to file an Amended Plan within 30 days of the entry of an Order Approving this Stipulation which will include treatment for the post-petitions arrears owed to NewRez LLC d/b/a Shellpoint Mortgage Servicing. The plan shall state that the post-petition arrears through April 1, 2024 shall be paid over the remaining life of the plan in payments by the Chapter 13

Trustee. If necessary, NewRez LLC d/b/a Shellpoint Mortgage Servicing shall file a supplemental claim or amended proof of claim reflecting the post-petition arrears through April 1, 2024.

13. In the event that Debtor(s) converts to a Chapter 7 during the pendency of this Bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion. Should the Debtor(s) fail to cure the arrearage, NewRez LLC d/b/a Shellpoint Mortgage Servicing, will send Debtor(s)'s counsel a written notification of default of this Stipulation. If the default is not cured within fifteen (15) days of the notice, NewRez LLC d/b/a Shellpoint Mortgage Servicing, may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor(s) should default on his obligations under this Stipulation by failing to comply with the provisions as set forth above in paragraph 11 and/or tender in full any of the payments described in paragraph 12, on or before the dates on which they are due, then NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns shall serve Debtor(s)' Attorney by fax, e-mail and/or regular mail, with written notification of default. In the event that Debtor(s) fails to cure the default within fifteen (15) days of the date of the written notification, then, NewRez LLC d/b/a Shellpoint Mortgage Servicing, may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon NewRez LLC d/b/a Shellpoint Mortgage Servicing, or its assignee or successors may exercise its rights against the Mortgaged Property under the terms of this Stipulation without further notice to Debtor(s) or the Order of this Court. If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

15. Additionally, Debtor(s) agrees that he is not permitted more than two (2) defaults from the date of

this Stipulation. Debtor(s) agrees that if he defaults under the terms of this Stipulation more than two (2) times, then, without any further notice, NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns may exercise its rights against the Mortgaged Property under the terms of this Stipulation.

16. Neither NewRez LLC d/b/a Shellpoint Mortgage Servicing's consent to this Stipulation nor NewRez LLC d/b/a Shellpoint Mortgage Servicing's acceptance of any payments tendered by Debtor(s) shall be construed as a waiver of NewRez LLC d/b/a Shellpoint Mortgage Servicing's right to proceed with or commence a foreclosure other legal action against Debtor(s) under this Stipulation; however, NewRez LLC d/b/a Shellpoint Mortgage Servicing, agrees to credit Debtor(s)' account for any payments made by Debtor(s) in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

18. Debtor(s) hereby certifies and confirms that he has reviewed the terms of the Stipulation with his Counsel that Debtor(s) understands and is in agreement with the terms of this Stipulation, and that counsel has been authorized by Debtor(s) to sign this Stipulation on his behalf.

IT IS HEREBY STIPULATED:

By: /s/ Michelle L McGowan Date: 05/24/2024
Michelle L McGowan, Esq.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA I.D 62414
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: mimcgowan@raslg.com
Attorney for Movant

/s/ _____ _with express permission_
Michael A. Cibik
Pennsylvania Bar No. _____
Cibik Law, P.C.
1500 Walnut Street
Suite 900 Philadelphia, PA 19102
Telephone: 215-735-1060
Email: help@cibiklaw.com

NO OPPOSITION:

/s/ Agatha R. McHale  _with express permission_
Jack N Zaharopoulos
Attorney for Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Telephone: 717-566-6097
 Staff Attorney For Jack N, Zaharopoulos

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| **In re:**<br><br>Sandra Sattof<br><br>   Debtor,<br><br>David Sattof<br><br>   Joint Debtor,<br>_____/<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing,<br><br>   Movant,<br><br>v.<br><br>**Sandra Sattof**<br>**David Sattof**<br>**Jack N Zaharopoulos**<br>   Respondents. | **Bankruptcy No. 5:23-bk-00774-MJC**<br><br>**Chapter 13** |

**ORDER**

Upon consideration of the Stipulation filed at Dkt. # 39 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 3, 2024

# EXHIBIT "B"



| James Robertson, Esquire | Everett Anschutz, Esquire | David J. Schneid, Esquire | John Crane, Esquire |
|---|---|---|---|
| Member of Texas Bar | Member of Texas Bar | Member of Florida Bar | Member of Texas Bar |

October 7, 2025

Sandra Sattof
2635 Blytheburn Rd
Mountain Top, PA 18707-9148

David Sattof
2635 Blytheburn Rd
Mountain Top, PA 18707-9148

Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

VIA EMAIL AND U.S. MAIL

RE: Notice of Default for Sandra Sattof and David Sattof; Case No: 5:23-bk-00774-MJC

Dear Sir/Madam:

I represent NewRez LLC d/b/a Shellpoint Mortgage Servicing, the servicer for mortgage on your client's property located at 2635 Blytheburn Rd., Mountain Top, PA 18707-9148. Please consider this letter a Notice of Default under the terms of the Stipulation Resolving Motion for Relief from Stay (at Docket Entry No. 39) ("Stipulation").

According to our client's records, the Debtor has not made the following mortgage payments pursuant to the Stipulation. In accordance with the Stipulation, NewRez LLC d/b/a Shellpoint Mortgage Servicing hereby provides notice demanding the default be cured within 15 days of the date of this notice.

The breakdown of the Debtor's default is as follows:

Payments Due:

| | |
|---|---|
| Payments Past Due – 11/01/2024 – 04/01/2025 @ $1,126.02/month | $6,756.12 |
| Payments Past Due – 05/01/2025 – 09/01/2025 @ $1,171.44/month | $5,857.20 |
| Suspense Balance- | ($443.88) |

| Total Amount Due to Cure Default: | $12,169.44 |
|---|---|

The address where payments should be sent is:

**Shellpoint Mortgage Servicing**
**P.O Box 650840**
**Dallas, TX 75265-0840**

Pursuant to the Stipulation, failure to cure this default within 15 days from the date of this notice will result in NewRez LLC d/b/a Shellpoint Mortgage Servicing, filing an order terminating the automatic stay.

Please notify me once the payment has been sent, and please provide me with proof of the actual payment as well. Should you have any further questions, please feel free to contact me at 470-321-7112, ext. 51172 or via electronic mail at mimcgowan@raslg.com.

Sincerely,

/s/ Robert Shearer
Robert Shearer