UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re:<br><br>**Sandra Sattof,**<br>**David Sattof,**<br>　　Debtors<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing**<br>　　Movant<br>v.<br>**Sandra Sattof,**<br>**David Sattof,**<br>　　Debtors/Respondent<br><br>**Jack N Zaharopoulos,**<br>　　Trustee/Respondent | **Bankruptcy No. 5:23-bk-00774-MJC**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this _____ day of _____, 20__, upon consideration of NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to NewRez LLC d/b/a Shellpoint Mortgage Servicing; and it is further

ORDERED, that NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 2635 Blytheburn Rd., Mountain Top, PA 18707-9148, including without limitation a sheriff's sale of the property.

**BY THE COURT**

_____
**HON. Mark J Conway**
**U.S. Bankruptcy Court Judge**