# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

| | |
|---|---|
| In re:<br><br>Sandra Sattof,<br>David Sattof,<br>    Debtors<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>    Movant<br>v.<br>Sandra Sattof,<br>David Sattof,<br>    Debtors/Respondent<br><br>Jack N Zaharopoulos,<br>    Trustee/Respondent | Bankruptcy No. 5:23-bk-00774-MJC<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 17, 2025, the foregoing Certificate of Default was filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or to the following parties:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

**Mail Service:** Regular, first-class United States mail, postage pre-paid, addressed to

Sandra Sattof
2635 Blytheburn Rd
Mountain Top, PA 18707-9148

David Sattof
2635 Blytheburn Rd
Mountain Top, PA 18707-9148

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esq.
PA Bar Number 62414
Email: mimcgowan@raslg.com