UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Sandra Sattof,<br>David Sattof,<br>    Debtors<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>    Movant<br>v.<br>Sandra Sattof,<br>David Sattof,<br>    Debtors/Respondent<br><br>Jack N Zaharopoulos,<br>    Trustee/Respondent | Bankruptcy No. 5:23-bk-00774-MJC<br><br>Chapter 13 |

## ORDER OF COURT

Upon consideration of NewRez LLC d/b/a Shellpoint Mortgage Servicing's Certificate of Default filed at Doc. 48 relative to the Stipulation settling the Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to NewRez LLC d/b/a Shellpoint Mortgage Servicing; and it is further

ORDERED, that NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 2635 Blytheburn Rd., Mountain Top, PA 18707-9148, including without limitation a sheriff's sale of the property.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 21, 2025