United States Bankruptcy Court

Middle District of Pennsylvania

In re:
Sandra Sattof
David Sattof
   Debtors

Case No. 23-00774-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 20, 2026 | Form ID: ordsmiss | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Sandra Sattof, David Sattof, 2635 Blytheburn Rd, Mountain Top, PA 18707-9148 |
| 5532941 | + | Crestwood School District, 281 S Mountain Blvd, Mountain Top, PA 18707-1994 |
| 5532945 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5532949 | | Rice Township, 3000 Church Rd, Mountain Top, PA 18707-9035 |
| 5532952 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5532954 | + | Valor Federal Credit U, 300 Mulberry St, Scranton, PA 18503-1225 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Mar 20 2026 18:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 20 2026 18:51:00 | Newrez LLC D/B/A Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5532938 | + | EDI: GMACFS.COM | Mar 20 2026 22:49:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5535621 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 18:56:49 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5532939 | + | EDI: CAPITALONE.COM | Mar 20 2026 22:49:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5532940 | | EDI: CITICORP | Mar 20 2026 22:50:00 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5532942 | | EDI: IRS.COM | Mar 20 2026 22:50:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5532943 | | EDI: CAPITALONE.COM | Mar 20 2026 22:49:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5532944 | + | Email/Text: kirshaj@eliterevenue.com | Mar 20 2026 18:51:00 | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5684537 | + | Email/Text: RASEBN@raslg.com | Mar 20 2026 18:51:00 | NewRez LLC d/b/a Shellpoint Mortgage, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5547012 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 20 2026 18:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

| 5533761 | + Email/Text: RASEBN@raslg.com | Mar 20 2026 18:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
|---|---|---|---|
| 5532948 | Email/Text: bkrgeneric@penfed.org | Mar 20 2026 18:50:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 5532946 | EDI: PENNDEPTREV | Mar 20 2026 22:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5532947 | ^ MEBN | Mar 20 2026 18:49:47 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5532951 | Email/Text: mtgbk@shellpointmtg.com | Mar 20 2026 18:51:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 5532953 | ^ MEBN | Mar 20 2026 18:49:38 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5532955 | EDI: CAPITALONE.COM | Mar 20 2026 22:49:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5532950 | | Saint Nicholas Fcu |
| 5533763 | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jordan Matthew Katz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jkatz@raslg.com |

Michael A. Cibik

on behalf of Debtor 2 David Sattof help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

Michael A. Cibik

on behalf of Debtor 1 Sandra Sattof help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

Michelle McGowan

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

Michelle McGowan

on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing mimcgowan@raslg.com

Robert Shearer

on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing rshearer@raslg.com

Sherri R Dicks

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sandra Sattof,

**Debtor 1**

David Sattof,

**Debtor 2**

Chapter     13

Case No.     5:23−bk−00774−MJC

## **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  March 20, 2026

ordsmiss (05/18)